USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JIN MING CAO; ZHOU JI ZOU; JIAN MIN WU; MING JIAN FENG; QI WEN HUANG; SHUN LAI MEI; WAI FONG CHEONG; PEI YUN CHEN; WOOD CHONG LEE; YAN HUA LIU; WEI GUO CEN; ZHI HUI LIU; JIE FANG YE; CHANG SHENG LI; ZHU ZHONG LAO; XIAO LI ZHU; SU SHAO WAN; QIU YUE LIU; and YAN ER WU;

Plaintiffs,

-against-

JOY LUCK PALACE, INC.; YONG JIN CHAN; TAK M YEE; PATRICK MOCK a/k/a PATRICK MOK; and QING WEN CHEN a/k/a TONY CHEN;

Defendants.

Case No. 1:19-cv-00925-GHW

**DEFAULT JUDGMENT ORDER**

---

This action having been commenced on January 31, 2019, by the filing of the Summons and Complaint; and an Amended Complaint having been filed on February 15, 2019; and a copy of the Summons and Amended Complaint having been served on Defendant Joy Luck Palace, Inc. on April 1, 2019, by personal delivery on the Secretary of State, on Defendant Yong Jin Chan on March 4, 2019, by personal delivery on "JANE SMITH," a co-tenant of Defendant Yong Jin Chan, on Defendant Tak M Yee on March 7, 2019, by personal delivery on "JOHN SMITH," a co-worker of Defendant Tak M Yee, on Patrick Mock a/k/a Patrick Mok on March 29, 2019, by personal delivery on Patrick Mock a/k/a Patrick Mok; and on Qing Wen Chen a/k/a Tony Chen on March 7, 2019, by personal delivery on "JANE" LEE, a co-worker of Defendant Qing Wen Chen a/k/a Tony Chen; and proof of service having been filed on April 9, 2019; and Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, Patrick Mock a/k/a Patrick Mok,

and Qing Wen Chen a/k/a Tony Chen (the "Defaulting Tenants") having not answered, moved or otherwise defended against the Amended Complaint; and the Clerk of Court having entered Certificates of Default against the Defaulting Defendants on May 7, 2019; and Plaintiffs having sufficiently established entitlement to awards of damages, attorneys' fees, and costs; it is hereby

ORDERED, ADJUDGED, AND DECREED:

1. That Plaintiff **Jin Ming Cao** ("Plaintiff Cao") has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $6,060.74 for his claims arising during the period January 17, 2016 until July 3, 2016; that Plaintiff Cao has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, and Qing Wen Chen a/k/a Tony Chen in the amount of $32,194.02 for his claims arising during the period July 4, 2016 until February 25, 2018; that Plaintiff Cao has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Qing Wen Chen a/k/a Tony Chen, and Patrick Mock a/k/a Patrick Mok in the amount of $16,029.79 for his claims arising during the period February 26, 2018 until August 23, 2018; that Plaintiff Cao has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, Qing Wen Chen a/k/a Tony Chen in the amount of $5,000.00 for his claims arising under New York Labor Law § 195(3); and that Plaintiff Cao has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,000.00 for his claims arising under New York Labor Law § 195(1)(a);

2. That **Plaintiff Zhuo Ji Zou** ("Plaintiff "Zou") has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,582.32 for his claims arising during the period January 17, 2016 until July 3, 2016; that Plaintiff Zou has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc.,

Yong Jin Chan, Tak M Yee, and Qing Wen Chen a/k/a Tony Chen in the amount of $30,683.79 for his claims arising during the period July 4, 2016 until February 25, 2018; that Plaintiff Zou has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Qing Wen Chen a/k/a Tony Chen, and Patrick Mock a/k/a Patrick Mok in the amount of $11,577.57 for his claims arising during the period February 26, 2018 until August 23, 2018; that Plaintiff Zou has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, Qing Wen Chen a/k/a Tony Chen in the amount of $5,000.00 for his claims arising under New York Labor Law § 195(3); and that Plaintiff Zou has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,000.00 for his claims arising under New York Labor Law § 195(1)(a);

    3.    That Plaintiff **Jian Min Wu** ("Plaintiff JM Wu") has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,434.13 for his claims arising during the period January 17, 2016 until July 3, 2016; that Plaintiff JM Wu has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, and Qing Wen Chen a/k/a Tony Chen in the amount of $29,679.97 for his claims arising during the period July 4, 2016 until February 25, 2018; that Plaintiff JM Wu has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Qing Wen Chen a/k/a Tony Chen, and Patrick Mock a/k/a Patrick Mok in the amount of $16,098.37 for his claims arising during the period February 26, 2018 until August 23, 2018; that Plaintiff JM Wu has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, Qing Wen Chen a/k/a Tony Chen in the amount of $5,000.00 for his claims arising under New York Labor Law § 195(3); and that Plaintiff JM Wu has judgment,

jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,000.00 for his claims arising under New York Labor Law § 195(1)(a);

    4.    That Plaintiff **Ming Jian Feng** ("Plaintiff Feng") has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $4,878.42 for his claims arising during the period January 17, 2016 until July 3, 2016; that Plaintiff Feng has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, and Qing Wen Chen a/k/a Tony Chen in the amount of $28,121.74 for his claims arising during the period July 4, 2016 until February 25, 2018; that Plaintiff Feng has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Qing Wen Chen a/k/a Tony Chen, and Patrick Mock a/k/a Patrick Mok in the amount of $16,388.21 for his claims arising during the period February 26, 2018 until August 23, 2018; that Plaintiff Feng has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, Qing Wen Chen a/k/a Tony Chen in the amount of $5,000.00 for his claims arising under New York Labor Law § 195(3); and that Plaintiff Feng has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,000.00 for his claims arising under New York Labor Law § 195(1)(a);

    5.    That Plaintiff **Qi Wen Huang** ("Plaintiff Huang") has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,325.06 for her claims arising during the period January 17, 2016 until July 3, 2016; that Plaintiff Huang has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, and Qing Wen Chen a/k/a Tony Chen in the amount of $31,927.49 for her claims arising during the period July 4, 2016 until February 25, 2018; that Plaintiff Huang has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc.,

Qing Wen Chen a/k/a Tony Chen, and Patrick Mock a/k/a Patrick Mok in the amount of $14,394.19 for her claims arising during the period February 26, 2018 until August 23, 2018; that Plaintiff Huang has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, Qing Wen Chen a/k/a Tony Chen in the amount of $5,000.00 for her claims arising under New York Labor Law § 195(3); and that Plaintiff Huang has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,000.00 for her claims arising under New York Labor Law § 195(1)(a);

6.  That Plaintiff **Shun Lai Mei** ("Plaintiff Mei") has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $4,802.25 for his claims arising during the period January 17, 2016 until July 3, 2016; that Plaintiff Mei has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, and Qing Wen Chen a/k/a Tony Chen in the amount of $26,294.25 for his claims arising during the period July 4, 2016 until February 25, 2018; that Plaintiff Mei has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Qing Wen Chen a/k/a Tony Chen, and Patrick Mock a/k/a Patrick Mok in the amount of $15,172.06 for his claims arising during the period February 26, 2018 until August 23, 2018; that Plaintiff Mei has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, Qing Wen Chen a/k/a Tony Chen in the amount of $5,000.00 for his claims arising under New York Labor Law § 195(3); and that Plaintiff Mei has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,000.00 for his claims arising under New York Labor Law § 195(1)(a);

7. That Plaintiff **Wai Fong Cheong** ("Plaintiff Cheong") has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,250.62 for her claims arising during the period January 17, 2016 until July 3, 2016; that Plaintiff Cheong has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, and Qing Wen Chen a/k/a Tony Chen in the amount of $28,339.80 for her claims arising during the period July 4, 2016 until February 25, 2018; that Plaintiff Cheong has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Qing Wen Chen a/k/a Tony Chen, and Patrick Mock a/k/a Patrick Mok in the amount of $13,320.87 for her claims arising during the period February 26, 2018 until August 23, 2018; that Plaintiff Cheong has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, Qing Wen Chen a/k/a Tony Chen in the amount of $5,000.00 for her claims arising under New York Labor Law § 195(3); and that Plaintiff Cheong has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,000.00 for her claims arising under New York Labor Law § 195(1)(a);

8. That Plaintiff **Pei Yun Chen** ("Plaintiff Chen") has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,750.93 for her claims arising during the period January 17, 2016 until July 3, 2016; that Plaintiff Chen has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, and Qing Wen Chen a/k/a Tony Chen in the amount of $28,132.51 for her claims arising during the period July 4, 2016 until February 25, 2018; that Plaintiff Chen has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Qing Wen Chen a/k/a Tony Chen, and Patrick Mock a/k/a Patrick Mok in the amount of $14,729.37 for her

claims arising during the period February 26, 2018 until August 23, 2018; that Plaintiff Chen has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, Qing Wen Chen a/k/a Tony Chen in the amount of $5,000.00 for her claims arising under New York Labor Law § 195(3); and that Plaintiff Chen has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,000.00 for his claims arising under New York Labor Law § 195(1)(a);

9. That Plaintiff **Wood Chong Lee** ("Plaintiff Lee") has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $6,176.79 for his claims arising during the period January 17, 2016 until July 3, 2016; that Plaintiff Lee has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, and Qing Wen Chen a/k/a Tony Chen in the amount of $33,327.93 for his claims arising during the period July 4, 2016 until February 25, 2018; that Plaintiff Lee has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Qing Wen Chen a/k/a Tony Chen, and Patrick Mock a/k/a Patrick Mok in the amount of $16,444.03 for his claims arising during the period February 26, 2018 until August 23, 2018; that Plaintiff Lee has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, Qing Wen Chen a/k/a Tony Chen in the amount of $5,000.00 for his claims arising under New York Labor Law § 195(3); and that Plaintiff Lee has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,000.00 for his claims arising under New York Labor Law § 195(1)(a);

10. That Plaintiff **Yan Hua Liu** ("Plaintiff YH Liu") has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,354.49 for her claims arising during the period January 17, 2016 until July 3, 2016;

that Plaintiff YH Liu has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, and Qing Wen Chen a/k/a Tony Chen in the amount of $22,864.51 for her claims arising during the period July 4, 2016 until February 25, 2018; that Plaintiff YH Liu has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Qing Wen Chen a/k/a Tony Chen, and Patrick Mock a/k/a Patrick Mok in the amount of $15,357.41 for her claims arising during the period February 26, 2018 until August 23, 2018; that Plaintiff YH Liu has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, Qing Wen Chen a/k/a Tony Chen in the amount of $5,000.00 for her claims arising under New York Labor Law § 195(3); and that Plaintiff YH Liu has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,000.00 for her claims arising under New York Labor Law § 195(1)(a);

11.   That Plaintiff **Zhi Hui Liu** ("Plaintiff ZH Liu") has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,210.80 for his claims arising during the period January 17, 2016 until July 3, 2016; that Plaintiff ZH Liu has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, and Qing Wen Chen a/k/a Tony Chen in the amount of $29,423.29 for his claims arising during the period July 4, 2016 until February 25, 2018; that Plaintiff ZH Liu has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Qing Wen Chen a/k/a Tony Chen, and Patrick Mock a/k/a Patrick Mok in the amount of $11,090.53 for his claims arising during the period February 26, 2018 until July 23, 2018; that Plaintiff ZH Liu has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, Qing Wen Chen a/k/a Tony Chen in the amount of $5,000.00 for his

8

claims arising under New York Labor Law § 195(3); and that Plaintiff ZH Liu has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,000.00 for his claims arising under New York Labor Law § 195(1)(a);

12. That Plaintiff **Wei Guo Cen** ("Plaintiff Cen") has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $6,007.72 for his claims arising during the period January 17, 2016 until July 3, 2016; that Plaintiff Cen has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, and Qing Wen Chen a/k/a Tony Chen in the amount of $27,735.43 for his claims arising during the period July 4, 2016 until February 25, 2018; that Plaintiff Cen has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Qing Wen Chen a/k/a Tony Chen, and Patrick Mock a/k/a Patrick Mok in the amount of $15,537.04 for his claims arising during the period February 26, 2018 until August 23, 2018; that Plaintiff Cen has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, Qing Wen Chen a/k/a Tony Chen in the amount of $5,000.00 for his claims arising under New York Labor Law § 195(3); and that Plaintiff Cen has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,000.00 for his claims arising under New York Labor Law § 195(1)(a);

13. That Plaintiff **Jie Fang Ye** ("Plaintiff Ye") has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $6,487.53 for her claims arising during the period January 17, 2016 until July 3, 2016; that Plaintiff Ye has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, and Qing Wen Chen a/k/a Tony Chen in the amount of $31,933.61 for her claims arising during the period July 4, 2016 until February 25, 2018; that Plaintiff Ye has

judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Qing Wen Chen a/k/a Tony Chen, and Patrick Mock a/k/a Patrick Mok in the amount of $14,713.88 for her claims arising during the period February 26, 2018 until August 22, 2018; that Plaintiff Ye has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, Qing Wen Chen a/k/a Tony Chen in the amount of $5,000.00 for her claims arising under New York Labor Law § 195(3); and that Plaintiff Ye has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,000.00 for her claims arising under New York Labor Law § 195(1)(a);

    14. That Plaintiff **Chang Sheng Li** ("Plaintiff Li") has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $3,415.54 for his claims arising during the period March 14, 2016 until July 3, 2016; that Plaintiff Li has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, and Qing Wen Chen a/k/a Tony Chen in the amount of $29,127.92 for his claims arising during the period July 4, 2016 until February 25, 2018; that Plaintiff Li has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Qing Wen Chen a/k/a Tony Chen, and Patrick Mock a/k/a Patrick Mok in the amount of $13,122.08 for his claims arising during the period February 26, 2018 until August 19, 2018; that Plaintiff Li has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, Qing Wen Chen a/k/a Tony Chen in the amount of $5,000.00 for his claims arising under New York Labor Law § 195(3); and that Plaintiff Li has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,000.00 for his claims arising under New York Labor Law § 195(1)(a);

15. That Plaintiff **Zhuo Zhong Lao** ("Plaintiff Lao") has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, and Qing Wen Chen a/k/a Tony Chen in the amount of $26,770.66 for his claims arising during the period August 8, 2016 until February 25, 2018; that Plaintiff Lao has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Qing Wen Chen a/k/a Tony Chen, and Patrick Mock a/k/a Patrick Mok in the amount of $14,991.21 for his claims arising during the period February 26, 2018 until August 23, 2018; that Plaintiff Lao has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, Qing Wen Chen a/k/a Tony Chen in the amount of $5,000.00 for his claims arising under New York Labor Law § 195(3); and that Plaintiff Lao has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,000.00 for his claims arising under New York Labor Law § 195(1)(a);

16. That Plaintiff **Xiao Li Zhu** ("Plaintiff Zhu") has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Qing Wen Chen a/k/a Tony Chen, and Patrick Mock a/k/a Patrick Mok in the amount of $1,471.68 for her claims arising during the period August 11, 2018 until August 23, 2018; that Plaintiff Zhu has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, Qing Wen Chen a/k/a Tony Chen in the amount of $5,000.00 for her claims arising under New York Labor Law § 195(3); and that Plaintiff Zhu has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,000.00 for her claims arising under New York Labor Law § 195(1)(a);

17. That Plaintiff **Shao Wan Su** ("Plaintiff Su") has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Qing Wen Chen a/k/a Tony Chen, and Patrick Mock

a/k/a Patrick Mok in the amount of $1,471.68 for her claims arising during the period August 11, 2018 until August 23, 2018; that Plaintiff Su has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, Qing Wen Chen a/k/a Tony Chen in the amount of $5,000.00 for her claims arising under New York Labor Law § 195(3); and that Plaintiff Su has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,000.00 for her claims arising under New York Labor Law § 195(1)(a);

18. That Plaintiff **Qiu Yue Liu** ("Plaintiff QY Liu") has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Qing Wen Chen a/k/a Tony Chen, and Patrick Mock a/k/a Patrick Mok in the amount of $1,471.68 for her claims arising during the period August 11, 2018 until August 23, 2018; that Plaintiff QY Liu has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, Qing Wen Chen a/k/a Tony Chen in the amount of $5,000.00 for her claims arising under New York Labor Law § 195(3); and that Plaintiff QY Liu has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,000.00 for her claims arising under New York Labor Law § 195(1)(a);

19. That Plaintiff **Yan Er Wu** ("Plaintiff YE Wu") has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Qing Wen Chen a/k/a Tony Chen, and Patrick Mock a/k/a Patrick Mok in the amount of $1,471.68 for her claims arising during the period August 11, 2018 until August 23, 2018; that Plaintiff YE Wu has judgment, jointly and severally, against Defendants Joy Luck Palace, Inc., Yong Jin Chan, Tak M Yee, Qing Wen Chen a/k/a Tony Chen in the amount of $5,000.00 for her claims arising under New York Labor Law § 195(3); and that Plaintiff YE Wu has judgment, jointly and severally, against Defendants

Joy Luck Palace, Inc., Yong Jin Chan, and Tak M Yee in the amount of $5,000.00 for her claims arising under New York Labor Law § 195(1)(a);

It is further ORDERED, ADJUDGED, and DECREED:

That Catholic Migration services shall be awarded $32,007.50 in attorneys' fees and $971.92 in costs incurred during this litigation.  Defendants are joint and severally liable for Plaintiffs' attorneys' fees and costs.

The Clerk is hereby directed to enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:  September 18, 2019

_____
Hon. Gregory H. Woods
United States District Judge